**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 12-7728**

———————

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

      v.

RODNEY KASHAWN WILSON,

             Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Raymond A. Jackson, District Judge.  (2:09-cr-00164-RAJ-FBS-1)

———————

Submitted:  January 22, 2013          Decided:  January 25, 2013

———————

Before WILKINSON, NIEMEYER, and THACKER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Rodney Kashawn Wilson, Appellant Pro Se.  Damian H. Hansen, Special Assistant United States Attorney, Robert Joseph Seidel, Jr., Assistant United States Attorney, Norfolk, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rodney Kashawn Wilson appeals the district court's order denying his motion under 18 U.S.C. § 3582(c)(2) (2006) for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Wilson, No. 2:09-cr-00164-RAJ-FBS-1 (E.D. Va. filed Feb. 27 & entered Feb. 29, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED